IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOANNE STREIGHT,

                                                                 ORDER

                       Plaintiff,

    v.                                                          10-cv-782-wmc

FIRST PREMIER BANK and
NATIONAL ASSET RECOVERY SERVICES, INC.,

                       Defendants.
_____

       This is a civil action for monetary relief in which plaintiff Joanne Streight, who is proceeding pro se, alleges violations of her rights under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Plaintiff has paid the $350 fee for filing this case.

       The next step is for plaintiff to serve her complaint on the defendant. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve the defendants. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving her case to resolution. If plaintiff acts promptly, she should be able to serve his complaint on the defendant well before the deadline for doing so established in Rule 4.

       To help plaintiff understand the procedure for serving a complaint, I am enclosing with this order a copy of a document titled "Procedure for Serving a Complaint on a Corporation in a Federal Lawsuit." In addition, I am enclosing to plaintiff two extra copies of her complaint and the forms she will need to send to the defendants in accordance with the procedures set out in Option 1 of the memorandum.

ORDER

IT IS ORDERED that plaintiff serve her complaint on the defendants promptly and file proofs of service of her complaint as soon as she has served the defendants. ("Proof of service" is explained in the attachments.) By February 10, 2011, plaintiff is to file proofs of service of her complaint on the defendants or tell the court why he cannot do so. If she does not file the proofs of service or explain why she could not serve the defendant, I will order her to explain why her case should not be dismissed for lack of prosecution.

Entered this 13th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge