IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOANNE STREIGHT,

    Plaintiff,

                                                          JUDGMENT IN A CIVIL CASE

v.                                                             10-cv-782-wmc

FIRST PREMIER BANK and
NATIONAL ASSET RECOVERY
SERVICES, INC.,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

    (1) granting First Premier Bank's motion to dismiss Counts I and II of plaintiff Streight's complaint; and

    (2) granting National Asset Recovery Services, Inc.'s motion for summary judgment on Counts III and IV of plaintiff's complaint and dismissing this case.

_____        _____
Peter Oppeneer, Clerk of Court                                       Date